# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albritton, William H. | District Court-MD Alabama | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior Status | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1 Church Street
Montgomery, AL 36104

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | UBS Financial Services Inc. -IRA-Distributions | $17,520.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TV CABLE CO OF ANDALUSIA-COMMON STOCK | | None | | | Sold | 01/19/17 | M | G | |
| 2. | | | | | | | | | |
| 3. SERVISFIRST BANK ACCOUNTS | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 6. -UBS Bank USA Dep Acct | A | Dividend | J | T | | | | | |
| 7. -UNTS AAM DIV RULER PRTFO SER 2016B | | None | | | Sold | 07/20/17 | K | D | |
| 8. -UNTS AAM DIV RULER PRTGO SER 2017C | | None | K | T | Buy | 07/21/17 | K | | |
| 9. | | | | | | | | | |
| 10. TRUST #1 | | | | | | | | | |
| 11. -UBS Bank USA Dep Acct | D | Int./Div. | J | T | | | | | |
| 12. -EXXON MOBIL CORP | | None | M | T | | | | | |
| 13. | | | | | | | | | |
| 14. TRUST #2 | | | | | | | | | |
| 15. -UBS BANK USA DEP ACCOUNT | A | Int./Div. | K | T | | | | | |
| 16. -APPLE INC | | None | | | Sold | 02/08/17 | K | C | |
| 17. -AT&T INC | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -COCA-COLA CO COM DE | A | Dividend | J | T | | | | | |
| 19. -GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 20. -GLAXOSMITHKILINE PLC ADR | A | Dividend | J | T | | | | | |
| 21. -INTL BUSINESS MACHINES CORP IBM | B | Dividend | L | T | | | | | |
| 22. | | None | | | Buy (add'l) | 05/16/17 | J | | |
| 23. -NEW MEDIA INVT GROUP INC (SPINOFF OF NEWCASTLE INVESTMENT CORP) | A | Distribution | J | T | | | | | |
| 24. -PFIZER INC | A | Dividend | K | T | | | | | |
| 25. -REYNOLDS AMERICAN INC | B | Dividend | | | Merged (with line 26) | 07/25/17 | K | | |
| 26. -BRITISH AMER TOBACCO PLC GB SPON ADR (FORMERLY REYNOLDS AMERICAN INC) | A | Dividend | K | T | Buy | 07/25/17 | K | | |
| 27. -FIRST TRUST DORSEY WRIGHT FO ETF | A | Dividend | K | T | | | | | |
| 28. -OPELIKA ALA PUB PK & REC | A | Interest | | | Redeemed | 07/01/17 | K | A | |
| 29. -LOWNDES CNTY ALA WTS | A | Interest | K | T | | | | | |
| 30. -HUNTSVILLE ALA CAP IMPT | A | Interest | K | T | | | | | |
| 31. -ALABAMA ST BRD ED REV | B | Interest | | | Redeemed | 07/15/17 | K | A | |
| 32. -JPMORGAN CHASE & CO | A | Dividend | K | T | | | | | |
| 33. -METLIFE INC | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. -BRIGHTHOUSE FINANCIAL INC | | None | J | T | Spinoff (from line 33) | 08/04/17 | J | | |
| 35. -ALPS ETF TR ALERIAN MLP | B | Distribution | K | T | | | | | |
| 36. -ABBVIE INC COM | A | Dividend | K | T | | | | | |
| 37. -BLACKROCK TAXABLE MUNICIPAL BOND TRUST | A | Dividend | | | Sold (part) | 01/05/17 | M | A | |
| 38. | | None | | | Sold (part) | 01/12/17 | J | A | |
| 39. | A | Dividend | K | T | Buy | 07/11/17 | K | | |
| 40. -BOEING COMPANY | B | Dividend | L | T | Buy | 01/18/17 | K | | |
| 41. -CATERPILLAR INC | A | Dividend | K | T | Buy | 01/18/17 | K | | |
| 42. -MCDONALDS CORP | A | Dividend | K | T | Buy | 01/18/17 | K | | |
| 43. -PEPSICO INC | A | Dividend | K | T | Buy | 01/18/17 | K | | |
| 44. -VANGUARD S&P 500 ETF | A | Dividend | K | T | Buy | 05/16/17 | K | | |
| 45. -FACEBOOK INC CL A | | None | J | T | Buy | 05/16/17 | J | | |
| 46. -HOME DEPOT INC | A | Dividend | K | T | Buy | 05/16/17 | K | | |
| 47. -FT-PREFERRED SECUR & INC ETF | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 48. | | | | | | | | | |
| 49. IRA ACCOUNT #1 | | | | | | | | | |
| 50. -UBS BANK USA DEP ACCT | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -FACEBOOK INC. CL A | | None | K | T | | | | | |
| 52. | | | | | | | | | |
| 53. IRA ACCOUNT #2 | | | | | | | | | |
| 54. -UBS BANK USA DEP ACCT | A | Int./Div. | J | T | | | | | |
| 55. -APPLE INC | | None | | | Sold | 02/08/17 | J | B | |
| 56. -ASTRAZENECA PLC SPON ADR | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 57. -CME GROUP INC | A | Dividend | | | Sold | 05/09/17 | J | B | |
| 58. -COCA COLA CO COM DE | A | Dividend | J | T | Sold (part) | 05/09/17 | J | A | |
| 59. -EXXON MOBIL CORP DE | A | Dividend | | | Sold | 05/09/17 | J | A | |
| 60. -FIRST TRUST DORSEY WRIGHT FO ETF | A | Dividend | J | T | Sold (part) | 05/09/17 | J | A | |
| 61. -HOME DEPOT INC DE | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 62. -JOHNSON & JOHNSON COM | A | Dividend | | | Sold | 05/09/17 | J | B | |
| 63. -JOHNSON & JOHNSON COM | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 64. -REYNOLDS AMERI INC (HOLDING CO) | A | Dividend | | | Sold | 05/09/17 | J | A | |
| 65. -PFIZER INC | A | Dividend | | | Sold | 05/09/17 | J | A | |
| 66. -PROCTOR & GAMBLE CO | A | Dividend | | | Sold | 05/09/17 | J | A | |
| 67. -FT NASDAQ US MA DIVERS INC ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -FIRST TR EXCHANGE-TRADED FD IC NO AMER ENERGY | A | Dividend | J | T | | | | | |
| 69. -ALPS ETF TR ALERIAN MLP DE | | None | | | Sold | 05/09/17 | J | A | |
| 70. -FIRST TRUST EXCHANGE TECHNOLOGY ALPHADEX FUND-FXL | A | Dividend | J | T | Sold (part) | 05/09/17 | J | A | |
| 71. -SPDR DOUBLELINE TR TACT ETF | A | Dividend | | | Sold | 05/04/17 | J | A | |
| 72. -BLACKROCK TAXABLE MUNICIPAL BOND TRUST | A | Dividend | | | Sold | 01/18/17 | J | A | |
| 73. -MATTEL INC DE | A | Dividend | | | Sold | 03/01/17 | J | A | |
| 74. -FIRST TRUST INDUSTRIALS/ PRODUCER DURABLES ALPHADEXTM FUND-FXR | A | Dividend | J | T | Sold (part) | 05/09/17 | J | A | |
| 75. -FIRST TRUST FINANCIAL -FXO | A | Dividend | J | T | Buy (add'l) | 05/09/17 | J | | |
| 76. -FIRST TRUST ENERGY ALPHADEX-FXN | A | Dividend | | | Sold | 04/04/17 | J | A | |
| 77. -VALERO ENERGY CORP NEW DE | A | Dividend | | | Sold | 05/09/17 | J | A | |
| 78. -JPMORGAN CHASE & CO DE | A | Dividend | | | Sold | 05/04/17 | J | A | |
| 79. | A | Dividend | | | Buy (add'l) | 03/20/17 | J | | |
| 80. | A | Dividend | | | Sold | 05/04/17 | J | A | |
| 81. -INTEL CORP DE | A | Dividend | | | Sold (part) | 05/09/17 | J | A | |
| 82. | | None | | | Sold (part) | 11/08/17 | J | A | |
| 83. -ROYAL DUTCH SHELL PLC CL A SPON ADR | | None | | | Sold | 05/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. -LOCORR MANAGED FUTURES STRATEGY FUND CL I | A | Dividend | | | Sold (part) | 05/04/17 | J | A | |
| 85. | A | Dividend | | | Sold (part) | 12/22/17 | J | A | |
| 86. -GUGGENHEIM ENHANCED SHORT DURATION ETF | A | Distribution | | | Sold | 02/15/17 | J | A | |
| 87. -FORD MOTOR CO COM NEW DE | | None | | | Buy | 03/08/17 | J | | |
| 88. | | None | | | Sold | 05/09/17 | J | A | |
| 89. - FT MULTI ASSET DIV INC INDEX FD ETF (X) | A | Dividend | | | Sold | 05/09/17 | J | A | |
| 90. -FIRST TRUST DOW JONES GLOBAL SELECT DIVID (X) | A | Dividend | | | Sold | 05/09/17 | J | A | |
| 91. -CATERPILLAR INC DE | A | Dividend | | | Buy | 02/16/17 | J | | |
| 92. | | None | | | Sold | 05/09/17 | J | A | |
| 93. -ALPS SECTOR DIVID DOGS ETF | A | Dividend | | | Buy | 01/31/17 | J | | |
| 94. | | None | | | Sold | 05/09/17 | J | A | |
| 95. -CRANE CO DE | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 96. -CHUBB LTD CHF | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 97. -ALPHABET INC CL A | | None | J | T | Buy | 05/09/17 | J | | |
| 98. -COLGATE PALMOLIVE CO | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 99. | A | Dividend | J | T | Buy (add'l) | 11/08/17 | J | | |
| 100. -CHEVRON CORP | A | Dividend | J | T | Buy | 05/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. -BLACKROCK INC | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 102. -CVS HEALTH CORP | A | Dividend | | | Buy | 05/09/17 | J | | |
| 103. | | None | | | Sold | 12/21/17 | J | A | |
| 104. -BRITISH AMER TOBACCO PLC GB SPON ADR | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 105. -AMERIPRISE FINANCIAL INC DE | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 106. -AMERISOURCEBERGEN CORP | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 107. | | None | | | Sold (part) | 09/21/17 | J | A | |
| 108. -AMERICAN TOWER CORP REIT | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 109. -COMCAST CORP NEW CL A | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 110. -ADOBE SYSTEMS INC (DELAWARE) | | None | J | T | Buy | 05/09/17 | J | | |
| 111. -MARSH & MCLENNAN COS INC DE | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 112. -MICROSOFT CORP DE | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 113. -LOWES COMPANIES INC | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 114. -ROCKWELL AUTOMATION INC NEW | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 115. -RED HAT INC | | None | J | T | Buy | 05/09/17 | J | | |
| 116. -ROCKWELL COLLINS INC | A | Dividend | | | Buy | 05/09/17 | J | | |
| 117. | | None | | | Sold | 09/20/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. -PRAXAIR INC | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 119. -POWERSHARES QQQ TRUST ETF | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 120. -PEPSICO INC | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 121. - O REILLY AUTMOTIVE INC | | None | J | T | Buy | 05/09/17 | J | | |
| 122. -NEXTERA ENERGY INC COM | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 123. | | None | | | Sold (part) | 11/08/17 | J | A | |
| 124. -NOVARTIS AG SPON ADR | | None | J | T | Buy | 05/09/17 | J | | |
| 125. -NORDSTROM INC | A | Dividend | | | Buy | 05/09/17 | J | | |
| 126. | | None | | | Sold | 09/14/17 | J | A | |
| 127. -MEDTRONIC PLC | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 128. -MCDONALDS CORP | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 129. -LOCKHEED MARTIN | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 130. -FACBOOK INC CL A | | None | J | T | Buy | 05/09/17 | J | | |
| 131. -MYLAN N V EUR | | None | | | Buy | 05/09/17 | J | | |
| 132. | | | | | Sold | 09/20/17 | J | A | |
| 133. -INTERCONTINENTALEXCHANGE GROUP | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 134. -JOHNSON CTLS INTL PLC | | None | | | Buy | 05/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. | | None | | | Sold | 06/12/17 | J | A | |
| 136. -HONEYWELL INTL INC | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 137. -FIRST TRUST ENHANCED SHORT MAT FUND ETF | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 138. -FIRST TRUST LOW DURATION MORTGAGE OPPORTUNITIES ETF | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 139. | | None | | | Sold (part) | 12/08/17 | J | A | |
| 140. -FIRST TRUST SENIOR LN ETF | A | Dividend | J | T | Buy | 02/15/17 | J | | |
| 141. | | Dividend | J | T | Buy (add'l) | 05/09/17 | J | | |
| 142. -FT-PREFERRED SECUR & INC ETF | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 143. | | None | | | Sold (part) | 12/08/17 | J | A | |
| 144. -ECOLAB INC | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 145. -FIRST TRUST UTILITIES ALPHADEX ETF | A | Dividend | | | Buy | 04/07/17 | J | | |
| 146. | A | Dividend | | | Buy (add'l) | 05/09/17 | J | | |
| 147. | | None | | | Sold | 06/08/17 | J | A | |
| 148. -WALT DISNEY CO (HOLDING CO) | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 149. -DANAHER CORP | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 150. -DIAGEO PLC NEW GB SPON ADR | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 151. -VF CORP | A | Dividend | J | T | Buy | 05/09/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. -VISA INC CL A | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 153. -UNTD TECHNOLOGIES CORP | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 154. -UNION PACIFIC CORP | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 155. -TJX COST INC NEW | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 156. -TIME WARNER INC NEW | | None | | | Buy | 05/09/17 | J | | |
| 157. | | None | | | Sold | 05/18/17 | J | A | |
| 158. -THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 159. -TEXAS INSTRUMENTS | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 160. -SUNCOR ENERGY INC NEW CAD | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 161. -ACCENTURE PLC IRELAND CL A | | None | J | T | Buy | 05/09/17 | J | | |
| 162. -INVESCO LTD | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 163. | | None | J | T | Buy (add'l) | 09/21/17 | J | | |
| 164. -GUGGENHEIM S&P 500 EQUAL WEIGHT ETG | A | Dividend | | | Buy | 05/09/17 | J | | |
| 165. | | None | | | Sold | 08/10/17 | J | A | |
| 166. -STARBUCKS CORP | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 167. -MONDELEZ INTL INC | | None | J | T | Buy | 05/18/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 168. -FIRST TRUST CONSUMER DISCRETIONARY ALPHADEX FUND ETF | A | Dividend | | | Buy | 06/08/17 | J | | |
| 169. | | None | | | Sold | 07/07/17 | J | A | |
| 170. | | | | | Buy | 12/06/17 | J | | |
| 171. -FIRST TRUST HEALTH CARE ALPHADEX FUND ETF | | None | | | Buy | 07/07/17 | J | | |
| 172. | | None | | | Sold | 12/06/17 | J | A | |
| 173. -ISHARES EDGE MSCI USA MOMENTUM FACTOR ETF | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 174. -SCHLUMBERGER LTD NETHERLANDS ANTILLES | | None | J | T | Buy | 09/20/17 | J | | |
| 175. -PARKER HANNIFIN CORP | A | Dividend | J | T | Buy | 09/20/17 | J | | |
| 176. -AQR LONG-SHORT EQUITY FUND CLASS I | | None | J | T | Buy | 12/22/17 | J | | |
| 177. | | | | | | | | | |
| 178. TRUST #3 | | | | | | | | | |
| 179. -SCHWAB VALUE ADVANTAGE MONEY MARKET FUND | B | Int./Div. | J | T | Open | 02/24/17 | O | | |
| 180. | | | | | | | | | |
| 181. TRUST #4 | | | | | | | | | |
| 182. -SCHWAB GOVT MONEY FUND | A | Int./Div. | J | T | Open | 03/10/17 | N | | |
| 183. -ENTERPRISE ALA 4% | A | Interest | K | T | Buy | 03/15/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 184. -UNIVERSITY OF ALA GEN REV 5% | A | Interest | K | T | Buy | 03/16/17 | K | | |
| 185. -ALABAMA ST 4% | A | Interest | K | T | Buy | 03/20/17 | K | | |
| 186. -BALDWIN CNTY ALA 4% | A | Interest | K | T | Buy | 03/20/17 | K | | |
| 187. -BALDWIN CNTY ALA BRD ED 5% | A | Interest | K | T | Buy | 03/20/17 | K | | |
| 188. -ATHENS ALA 5% | A | Interest | K | T | Buy | 03/22/17 | K | | |
| 189. -FLORENCE ALA 5% | A | Interest | K | T | Buy | 03/22/17 | K | | |
| 190. -HARRIS CNTY TEX MET TRAN AUTH 5% | A | Interest | K | T | Buy | 03/22/17 | K | | |
| 191. -TUSCALOOSA ALA 4% | A | Interest | J | T | Buy | 03/22/17 | K | | |
| 192. | A | Interest | | | Sold (part) | 07/26/17 | K | A | |
| 193. -ALABAMA ST PUB SCH & COLLEGE A 5% | A | Interest | K | T | Buy | 03/23/17 | K | | |
| 194. -FOLEY ALA PUB FACS COOP DIST REV OID AGFC EB | A | Interest | K | T | Buy | 03/23/17 | K | | |
| 195. -AUBURN ALA 5% | A | Interest | K | T | Buy | 03/24/17 | K | | |
| 196. -NORTH TEX MUN WTR DIST UPPER E 5% | A | Interest | K | T | Buy | 03/27/17 | K | | |
| 197. -TUSCALOOSA ALA CITY BRD ED SCH 5% | A | Interest | K | T | Buy | 03/27/17 | K | | |
| 198. -UNIVERSITY OF ALA BIRMINGHA 5% | A | Interest | K | T | Buy | 03/27/17 | K | | |
| 199. -MINNEAPOLIS & ST PAUL MINN HSG 5% | A | Interest | K | T | Buy | 03/31/17 | K | | |
| 200. -DENTON TEX 5% | A | Interest | K | T | Buy | 04/04/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 201. -WASHINGTON ST 5% | A | Interest | K | T | Buy | 04/04/17 | K | | |
| 202. -PORT SEATTLE WAS REV 5% | A | Interest | K | T | Buy | 07/27/17 | K | | |
| 203. -TEX ST 4% | A | Interest | K | T | Buy | 10/06/17 | K | | |
| 204. -ALABAMA FED AID HWY FIN AUTH F 5% | A | Interest | K | T | Buy | 10/11/17 | K | | |
| 205. -BIRMINGHAM ALA SPL CARE FACS F 5% | A | Interest | K | T | Buy | 10/16/17 | K | | |
| 206. -OXFORD ALA 5% | A | Interest | K | T | Buy | 10/18/17 | K | | |
| 207. -WEST VA COMMR OF HWYS SPL OBLI 5% | A | Interest | K | T | Buy | 10/24/17 | K | | |
| 208. -THURSTON CNTY WASH SCH DIST NO 5% | A | Interest | K | T | Buy | 11/09/17 | K | | |
| 209. -FLORIDA ST BRD ED LOTTERY REV 5% | A | Interest | K | T | Buy | 12/04/17 | K | | |
| 210. | | | | | | | | | |
| 211. TRUST #5 | | | | | | | | | |
| 212. -SCHWAB VALUE ADVANTAGE MONEY MARKET FUND | A | Int./Div. | M | T | Open | 09/29/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Albritton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544